Private Priority Exclusive Urgent Proprietary Matter

Not for public consumption and demand to Seal due to private conflict laws

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN 10 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
    Plaintiff,

v.

MARQUET ANTWAIN BURGESS MATTOX,
aka MARQUET ANTWAIN BURGESS MATTOX EL,
aka MARQUET BURGESS MATTOX,
aka ASIM ASHUNTA EL,
aka ASIM EL BEY, individually and operating under the fictitious entity known as BURGESS MATTOX BEY INVESTMENT TRUST and as Trustee of the NOBLE MB-EL FAMILY TRUST,
    <u>Personne Physique, a Civilian.</u>

Case No. 1:21-cv-5117

# APPOINTMENT OF CUSTODIANS AND THEIR CUSTODIAL DUTIES

Marquet Antwain Burgess Mattox EL, personne physique, is a Civilian and hereby appoints:

- Andrew J. Weisberg DBA ANDREW J. WEISBERG TRIAL ATTORNEY DEPARTMENT OF JUSTICE TAX DIVISION;

- David A. Hubbert DBA DAVID A. HUBBERT DEPUTY ASSISTANT ATTORNEY GENERAL;

- Kurt R. Erskine DBA KURT R. ERSKINE UNITED STATES ATTORNEY;

- Tiffany Mallory Moore DBA TIFFANY MALLORY MOORE ASSISTANT UNITED STATES ATTORNEY;

- Kevin P. Weimer DBA KEVIN P. WEIMER CLERK OF COURT;

- Eleanor L. Ross DBA HONORABLE JUDGE ELEANOR L ROSS;

- Hilda Garcia DBA HILDA GARGIA SUPERVISOR INHERITANCE DEPARTMENT DEPARTMENTO DE HACIENDA DE PURETO RICO,

as Custodians, fully liable for the entire matter, debt, obligation, identified as Case 1:21-cv-05117-ELR, and identified as Civil Action No. 1:21-cv-5117, and to include any additional case numbers, docket numbers, etc., to this entire matter, known and unknown.

## CUSTODIAL DUTIES

The Custodians are instructed to immediately and permanently:

Settle, discharge, and Close all debts, liabilities, tax liabilities, bonds, Securities, instruments, charges, Claims, docket numbers, Case 1:21-cv-05117-ELR, Civil Action 1:21-cv-5117, etc., for this entire matter, debt, obligation, Today, December 27, 2021, and immediately return all upsides back to marquet Antwain Burgess mattox EL, personne physique, a Civilian;

Revoke, Cease, desist, and dismiss all Civil Action, foreclosure, Sale, etc., Today, December 27, 2021, against Civilian marquet Antwain Burgess mattox EL, personne physique, Private property, including but not limited to private property identified as follows:

1054 Morgan Garner Drive Lilburn / America / Georgia near [30047] including all its content and fixtures;

2018 Cadallic Escalade ESV Platinum Edition Satin Silver in Color, including all its content and fixtures;

Estimated 1,800,000 identified as follows:
| | |
|---|---|
| 500,000 | Burgess Mattox Bey Investment Trust |
| 500,000 | Marshana EL Investment Trust |
| 500,000 | Kemohra Investment Trust |
| 200,000 | Burgess Mattox Bey Trust |
| 100,000 | Nwatson Trust; |

Clothing;
Jewelry;
Furniture;
Audiovisual equipment;
Instruments;
etc.;

Cease and desist all injury, threat, duress, coersion, and any Acts of Treason, etc., Today, December 27, 2021, against Marquee Antwain Burgess Mattox EL, personne physique, a Civilian;

Cease and desist all injury, threat, duress, coercion, and any Acts of Treason, etc., Today, December 27, 2021, against all marquet Antwain Burgess mattox EL, personne physique, a Civilian, private property, including but not limited to private property identified Supra on page 4;

Release all leins, etc., Today, December 27, 2021, from against marquet Antwain Burgess Mattox EL, personne physique, a Civilian;

Release all leins, etc., Today, December 27, 2021, from against all marquet Antwain Burgess mattox EL, personne physique, a Civilian, private property, including but not limited to private property identified Supra on page 4;

Fully restore and return all private property, plus interest, and rents, back to marquet Antwain Burgess mattox EL, personne physique, a Civilian, Today, December 27, 2021, that was unlawfully taken without just compensation, identified as follows;

- 2018 Cadallic Escalade ESV Platinum Edition Satin Silver in color, including all its content and fixtures;

- Estimated 1,800,000 identified as follows:

500,000     Burgess Mattox Bey Investment Trust
500,000     Marshana EL Investment Trust
500,000     Kemohra Investment Trust
200,000     Burgess Mattox Bey Trust
100,000     Nwatson Trust;

Instruments, etc. ;

Cease and desist from ever using any of Marquet Antwain Burgess Mattox EL, personne physique, a Civilian, private property in Commerce without just Compensation, including but not limited to private property identified as:
MARQUET ANTWAIN BURGESS MATTOX EL™, including all variations, Trademark Serial number 90234471.

Date: December 27, 2021

Respectfully Submitted.

Mr Burgess mm
Personne Physique,
a Civilian

